AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jonathan GOMEZ | ) Case No. | |
| | ) | 19mj3189 |
| Defendant | ) | |

19 SEP 19 PM 1:09

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jonathan GOMEZ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Racketeer Influenced and Corrupt Organizations (RICO)

Date:   09/16/2019

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Hon. Karen B. Molzen, US Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 9/19/19 |
| at *(city and state)* Santa Fe, NM (NMDOC). |

Date:   9/19/19

*Arresting officer's signature*

Gary McCoy, Deputy US Marshal
*Printed name and title*